```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION


KATHERINE KEITH,

                  Plaintiff,

vs.                                  Case No.   2:04-cv-561-FtM-33DNF

THE PROCTER & GAMBLE
DISTRIBUTING COMPANY,

                  Defendant.
_____/
```

**ORDER**

This matter comes before the Court on Defendant's Amended Notice of Potential Trial Conflict and Request for Protection (Doc. # 33).  Defendant's counsel states that he has planned a family vacation out of the country during the one month trial docket beginning July 3, 2006, but fails to state the dates of this planned vacation.  While this Court is willing to attempt to accommodate counsel's request, it needs to know the exact dates that counsel is unavailable.  Furthermore, Defendant's motion provides no indication to this Court that he has attempted to consult with opposing counsel as required by Local Rule 3.01(g).

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1.  Defendant's Amended Notice of Potential Trial Conflict and Request for Protection is **DENIED** without prejudice.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 20th day of September, 2005.

                                                  VIRGINIA M. HERNANDEZ COVINGTON
                                                  UNITED STATES DISTRICT JUDGE

Copies: All counsel of record